NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRESENIUS USA, INC.** AND
**FRESENIUS MEDICAL CARE HOLDINGS, INC.,**
*Plaintiffs-Appellants,*

v.

**BAXTER INTERNATIONAL, INC.** AND
**BAXTER HEALTHCARE CORPORATION,**
*Defendants-Cross Appellants,*

---

2012-1334, -1335

---

Appeals from the United States District Court for the Northern District of California in case no. 03-CV-1431, Judge Phyllis J. Hamilton.

---

## ON MOTION

---

## O R D E R

Fresenius USA, Inc. and Fresenius Medical Care Holdings, Inc. (Fresenius) move without opposition for a 30-day extension of time, until July 18, 2012, to file its opening brief. The court notes that Fresenius timely filed its brief on July 18, 2012.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael Eugene Florey, Esq.
    Michael J. Abernathy, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 7 2012

JAN HORBALY
CLERK